**CONNAGHAN|NEWBERRY LAW FIRM**
Paul R. Connaghan, Esq., (SBN: 3229)
pconnaghan@cnlawlv.com
Tara D. Newberry, Esq. (SBN: 10696)
tnewberry@cnlawlv.com
7854 W. Sahara Ave.
Las Vegas, Nevada 89117
Tel: (702) 608-4232
Fax: (702) 346-1980
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## CLARK COUNTY, NEVADA

| | |
|---|---|
| VALENCIA MANAGEMENT, LLC., SERIES 5 a Nevada Limited Liability Company, | CASE NO.:   2:14-cv-00265-RFB-GWF |
| Plaintiff, | **STIPULATION AND ORDER TO LIFT STAY AND REMOVE PRETRIAL DEADLINES WITH JOINT STATUS REPORT** |
| vs. | |
| JOSE G. MENDOZA, individually; BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING LP; DOES I through X; and ROE CORPORATIONS I through X, | |
| Defendant, | |
| BANK OF AMERICA, N.A., | |
| Plaintiff, | |
| vs. | |
| NEVADA ASSOCIATION SERVICES, and FALCON RIDE AT LONE MOUNTAIN, | |
| Defendants. | |

**STIPULATION AND ORDER TO LIFT STAY AND REMOVE PRETRIAL DEADLINES WITH JOINT STATUS REPORT**

Plaintiff, VALENCIA MANAGEMENT, LLC, SERIES 5 ("Valencia"), and Defendant, BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS

SERVICING LP ("BANA"), by and through their respective counsel, hereby stipulate and agree to lift the stay of all discovery and initial disclosures required by Fed. R. Civ. P. 16 and 26 and Local Rule 26-1 and remove pretrial deadlines. (*See* **Doc# 19**).  Valencia and BANA's attorneys have requested the lift of stay because BANA has filed its answer and cross-claims (*See* **Doc# 29**) in this case and there are no longer any pending motions to dismiss (*See* **Docs# 20; 28**) obviating the need for the stay.

| | |
|---|---|
| Dated:  April 21, 2015 | Dated: April 21, 2015 |
| CONNAGHAN NEWBERRY LAW FIRM | AKERMAN LLP |
| */s/ Paul R. Connaghan*<br>Paul R. Connaghan<br>Nevada Bar No. 10696<br>7854 W. Sahara Avenue<br>Las Vegas, NV 89117<br>Attorneys for Plaintiff | */s/ Steve Shevorski*<br>Steve Shevorski, Esq.<br>Nevada Bar No. 8256<br>1160 Town Center Drive, Suite 330<br>Las Vegas, NV 89144<br>Attorneys for Bank of America, N.A. |

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE
DATED:  April 22, 2015

Respectfully submitted by:

   */s/ Paul R. Connaghan*
PAUL R. CONNAGHAN
Nevada Bar No. 3229
7854 W. Sahara Ave.
Las Vegas, Nevada  89117
Attorneys for Plaintiffs

STIPULATION AND ORDER TO LIFT STAY AND REMOVE PRETRIAL DEADLINES WITH JOINT STATUS REPORT

2