ARIEL STERN, ESQ.
Nevada Bar No. 8276
REBEKKAH BODOFF, ESQ.
Nevada Bar No. 12703
KAREN A. WHELAN
Nevada Bar. 10466
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: rebekkah.bodoff@akerman.com
Email: karen.whelan@akerman.com

*Attorneys for Bank of America, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| VALENCIA MANAGEMENT LLC., SERIES 5, a Nevada Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>JOSE G. MENDOZA, individually; BANK OF AMERICA, N.A., SUCESSOR BY MERGER TO BAC HOME LOANS SERVICING LP; DOES I through X; and ROE CORPORATIONS I through X,<br><br>Defendants. | Case No.: 2:14-cv-00265 RFB-GWF<br><br>**NOTICE OF DISASSOCIATION** |

**TO: ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

43699094;1

PLEASE TAKE NOTICE that Bank Of America, N.A., , hereby provides notice that **Steven G. Shevorski**, Esq., is no longer associated with the law firm of Akerman LLP.

Akerman LLP continues to serve as counsel for Bank of America, N.A. in this action All future correspondence and papers in this action should continue to be directed Ariel Stern, Esq., Rebekkah Bodoff, Esq. and Karen A. Whelan should receive all future notices.

Respectfully submitted, this 28th day of December, 2017.

       **AKERMAN LLP**

       /s/ *Karen A. Whelan*
       ARIEL STERN, ESQ.
       Nevada Bar No. 8276
       REBEKKAH BODOFF, ESQ.
       Nevada Bar No. 12703
       KAREN A. WHELAN
       Nevada Bar. 10466
       1635 Village Center Circle, Ste. 200
       Las Vegas, Nevada 89134
       *Attorneys for Bank of America, N.A.*

## COURT APPROVAL

IT IS SO ORDERED.

Date: January 3, 2018

       _____
       UNITED STATES MAGISTRATE JUDGE

43699094;1

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of December, 2017 and pursuant to FRCP 5(b)(2)(E), I caused service via U.S. District Court's Case Management/Electronic Case Files (CM/ECF) system a true and correct copy of the foregoing **NOTICE OF DISASSOCIATION**, addressed to:

Tara D. Newberry, Esq.
**Clark Newberry Law Firm**
7854 W. Sahara Avenue
Las Vegas, Nevada 89117
*Attorneys for Plaintiff*

Ryan D Hastings, Esq.
**Leach Johnson Song & Gruchow**
8945 W. Russell Road
Las Vegas, NV 89148
*Attorney for Falcon Ridge at Lone Mountain Homeowners Association*

*/s/ Doug J. Layne*

An employee of AKERMAN LLP

3

43699094;1