AIMEE CLARK NEWBERRY, ESQ.
Nevada Bar No. 11084
**CLARK NEWBERRY LAW FIRM**
410 S. Rampart Blvd., Suite #390
Las Vegas, Nevada 89145
T: (702) 608-4232
F: (702) 946-1380
aclarknewberry@cnlawlv.com
*Attorney for Valencia Management LLC Series 5*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| VALENCIA MANAGEMENT, LLC SERIES 5, a Nevada Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>JOSE G. MENDOZA, individually; BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING LP; DOES I through X; and ROE CORPORATIONS I through X.<br><br>Defendant. | CASE NO.:   2:14-cv-00265-RFB-EJY<br><br>**STIPULATION and ORDER REGARDING PROPOSED TRIAL DATES** |

PURSUANT TO this Court's order, issued on July 19, 2022 (ECF #140), VALENCIA MANAGEMENT, LLC SERIES 5 ("Valencia #5) and BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING LP ("Bank of America"), by and through their respective counsel of record, hereby provide, and stipulate to, the following proposed trial dates:

- May 3, 2023 and May 4, 2023
- May 4, 2023 and May 5, 2023
- May 8, 2023 and May 9, 2023

///

///

*Case 2:14-cv-00265-RFB-EJY*
*Stipulation Regarding Proposed Trial Dates*

**IT IS SO STIPULATED.**

| | |
|---|---|
| Dated: August 4, 2022 | Dated: August 4, 2022 |
| CLARK NEWBERRY LAW FIRM | AKERMAN, LLP |
| */s/ Aimee Clark Newberry* | */s/ Melanie D. Morgan* |
| AIMEE CLARK NEWBERRY, ESQ. | MELANIE D. MORGAN, ESQ. |
| Nevada Bar No. 11084 | Nevada Bar No. 8215 |
| 410 S. Rampart Blvd., Suite 390 | LILITH V. XARA, ESQ. |
| Las Vegas, NV 89145 | Nevada Bar No. 13138 |
| *Attorney for Plaintiff Valencia #5* | 1635 Village Center Circle, Suite 200 |
| | Las Vegas, Nevada 89134 |
| | *Attorneys for Defendant Bank of America, N.A.* |

### ORDER

**IT IS HEREBY ORDERED** that the bench trial in this case will be held on May 4 - 5, 2023 at 8:30 am in LV Courtroom 7C. A calendar call will be held on April 25, 2023 at 11:00 am in LV Courtroom 7C.

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED: March 31, 2023.

Respectfully Submitted by:

CLARK NEWBERRY LAW FIRM

*/s/ Aimee Clark Newberry*
Aimee Clark Newberry, Esq.
Nevada Bar No. 11084
410 S. Rampart Blvd., Suite 390
Las Vegas, Nevada 89145
*Attorneys for Valencia #5*