SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
LILITH V. XARA ESQ.
Nevada Bar No. 13138
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone:     (702) 634-5000
Facsimile:      (702) 380-8572
Email: scott.lachman@akerman.com
Email: lilith.xara@akerman.com

*Attorneys for Bank of America, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| VALENCIA MANAGEMENT LLC, SERIES 5, a Nevada Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>JOSE MENDOZA, individually; BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING LP; DOES I through X; and ROE CORPORATIONS I through X,<br><br>Defendants. | Case No.:  2:14-cv-00265-RFB-EJY<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff Valencia Management LLC, Series 5 (**Plaintiff**) and Defendant Bank of America, N.A., successor by merger to BAC Home Loans Servicing LP (**Bank of America**) (collectively the **Parties**)[1] hereby stipulate and agree as follows:

1. Plaintiff filed a Complaint on February 20, 2014, asserting a cause of action for quiet title/declaratory relief against Bank of America, among other defendants.

2. The Parties have reached a confidential settlement resolving all of the claims in the litigation.

---

[1] Defendant Jose Mendoza and cross-defendant Nevada Association Services, Inc. have not filed appearances in this case, and thus their signatures are not required pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Cross-defendant Falcon Ridge at Lone Mountain Homeowners Association's (the **HOA**) motion for summary judgment was granted on March 7, 2022, and the HOA is no longer a party to this case.

1

{68617315;1}

3. All claims asserted by Plaintiff against Bank of America shall be dismissed **with prejudice**.

4. All claims asserted by Bank of America against Plaintiff shall be dismissed **with prejudice**.

5. All claims asserted by Bank of America against Nevada Association Services, Inc. shall be dismissed **without prejudice**.

6. Each party shall bear its own attorneys' fees and costs incurred in this litigation and settlement.

DATED this 4th day of April, 2023.

| **AKERMAN LLP** | **CLARK NEWBERRY LAW FIRM** |
|---|---|
| */s/ Lilith V. Xara* <br> SCOTT R. LACHMAN, ESQ. <br> Nevada Bar No. 12016 <br> LILITH V. XARA ESQ. <br> Nevada Bar No. 13138 <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, Nevada 89134 <br><br> *Attorneys for Bank of America, N.A.* | */s/ Aimee C. Newberry* <br> AIMEE CLARK NEWBERRY, ESQ. <br> Nevada Bar No. 11084 <br> 410 S. Rampart Boulevard, Suite 390 <br> Las Vegas, Nevada 89145 <br><br> *Attorney for Plaintiff* |

**ORDER**

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiff Valencia Management, LLC Series 5's claims against Bank of America are dismissed with prejudice, and Bank of America's counterclaims against Plaintiff Valencia Management, LLC Series 5 are dismissed with prejudice, each party to bear their own attorney's fees and expenses. This order is a final judgment disposing of all claims asserted in this litigation.

**IT IS SO ORDERED.**

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 5th day of April, 2023.

{68617315;1}